IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHERINE BROCKIE,                                               No. 3:19-cv-00101-SB

           Plaintiff,

     v.

SPENCER GIFTS, LLC,                                       ORDER

           Defendant.

HERNANDEZ, District Judge:

       Magistrate Judge Beckerman issued a Findings & Recommendation (#13) on July 23, 2019, in which she recommends the Court grant Defendant's motion to compel arbitration and dismiss this case without prejudice. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

       When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [13], and therefore, Defendant's motion to compel arbitration [5] is granted and this case is dismissed without prejudice.

DATED this 4 day of Oct, 2019.

_____
MARCO A. HERNANDEZ
United States District Judge